IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CRIMINAL NO. 3:04-998-CMC |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| Reggie Lamar Kelley, | ) | |
| a/k/a "Lil Red," | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant, proceeding *pro se*, seeks relief in this court pursuant to 28 U.S.C. § 2255. Defendant raised several issues in his motion, presented under the guise of ineffective assistance of counsel. The Government filed a response and a motion for summary judgment. The court advised Defendant of the summary judgment procedure and the consequences if he failed to respond. Defendant filed his response and a motion for summary judgment and the matter is now before the court for ruling on the motions for summary judgment.

The court has reviewed the complete record in this case. For the reasons stated in the Government's response, with which this court agrees,[1] the court grants the Government's motion for summary judgment as to all of Defendant's claims for relief.

**IT IS THEREFORE ORDERED** that the Government's Motion for Summary Judgment is **GRANTED** and Defendant's motion for summary judgment is **DENIED**. The motion under 28 U.S.C. § 2255 is *dismissed with prejudice*.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
February 27, 2008

C:\Documents and Settings\baw58\Local Settings\Temp\notesE1EF34\04-998 USA v. Kelley e gr sumjgm.wpd

---

[1] There are at least two instances in the Government's Return where Defendant is referred to as "Ninan." The court believes these are scrivener's errors.